COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges McCullough, Decker and Senior Judge Annunziata

JULIANNE PRICE

v.      Record No. 0190-15-3

RAHE, INC. AND
  MERCHANTS OF VIRGINIA GROUP
  SELF-INSURANCE

MEMORANDUM OPINION[*]
PER CURIAM
JUNE 2, 2015

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Steven P. Hammond; Bradford M. Young; HammondTownsend,
PLC, on briefs), for appellant.

(Michael P. Del Bueno; Megan A. Kerwin; Whitt & Del Bueno, PC,
on brief), for appellees.


Julianne Price appeals a decision of the Workers' Compensation Commission finding that

she failed to prove she suffered a concussion as a compensable injury resulting from her

workplace accident on April 16, 2014. We have reviewed the record and the commission's

opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated

by the commission in its final opinion. See Price v. Rahe, Inc., JCN VA 02000017134 (Jan. 12,

2015). We dispense with oral argument and summarily affirm because the facts and legal

contentions are adequately presented in the materials before the Court and argument would not

aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.